IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES A. MANIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-0045 |
| | ) | Judge Nixon |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Counsel's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. No. 23) and supporting memorandum (Doc. No. 24). Plaintiff's Counsel, Donna Simpson, also submitted an affidavit in support of her motion for attorney fees (Doc. No. 23-1). Plaintiff's Counsel seeks attorney fees in the amount of $2,587.50. Defendant has responded (Doc. No. 26), and stated no objection to the award of attorney fees.

After review of the record, the Court finds the requested attorney fees reasonable, and accordingly **GRANTS** Plaintiff's Counsel's Motion. A total of $2,587.50 shall be charged to Defendant, made by check payable only to "James A. Manis," and will be sent to the attention of Plaintiff's Counsel at her office address.

It is so ORDERED.

Entered this the ___28th___ day of October, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT